**Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00374-CR (trial court cause number D-1-DC-16-100359)**
**NO. 14-18-00375-CR (trial court cause number D-1-DC-16-100360)**
**NO. 14-18-00376-CR (trial court cause number D-1-DC-16-100361)**
**NO. 14-18-00377-CR (trial court cause number D-1-DC-16-100362)**
**NO. 14-18-00378-CR (trial court cause number D-1-DC-16-100363)**
**NO. 14-18-00379-CR (trial court cause number D-1-DC-16-301894)**
**NO. 14-18-00380-CR (trial court cause number D-1-DC-16-301895)**
_____

**CRAIG JUBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 427th District Court**
**Travis County, Texas**

## ORDER

On July 19, 2018, we issued an order directing the official court reporter, Nicole Edwards, to file the reporter's record by August 3, 2018. Edwards notified us later that day that she was not present for the trial of these cases. She said the court

reporter who was present is Meanette Salgado.

Accordingly, we order **Meanette Salgado** to file the reporter's record by **August 13, 2018**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Salgado does not timely file the record, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM